BROWN v. TUCKER et al.

(Court of Civil Appeals of Texas. Texarkana. June 29, 1911. Rehearing Denied Oct. 5, 1911.)

APPEAL AND ERROR (§ 387*)—FILING BOND—TIME.

Where a judgment was rendered during a term which ended March 5, 1910, and the appeal bond was not filed until April 22d following, the appellate court did not acquire jurisdiction, and the appeal will be dismissed, under Sayles' Ann. Civ. St. 1897, art. 1387, requiring such bond to be filed within 20 days after the expiration of the term.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2064–2070; Dec. Dig. § 387.*]

Appeal from Clay County Court; S. A. Denny, Judge.

Action between S. P. Brown and Mrs. J. W. Tucker and others. From a judgment in favor of the latter, the former appeals. Dismissed.

Taylor & Humphrey, for appellant. P. M. Stine and Wantland & Parrish, for appellees.

WILLSON, C. J. The judgment appealed from was rendered during a term of the court which expired March 5, 1910. The appeal bond was not filed with the clerk of that court until April 22, 1910. The law required it to be so filed within 20 days after the expiration of the term. Sayles' Stat. art. 1387. It has been repeatedly held that, unless the bond is filed within the time prescribed by the statute, the appellate court does not acquire jurisdiction of the appeal. Burr v. Lewis, 6 Tex. 76; Smith v. Parks, 55 Tex. 85; Lyell v. Guadaloupe Co., 28 Tex. 58; McLane v. Russell, 29 Tex. 128; Mara v. Branch, 127 S. W. 1076.

As, therefore, this court is without jurisdiction to hear and determine it, the appeal is dismissed.

---

DENSON et al. v. TAYLOR.

(Court of Civil Appeals of Texas. Galveston. June 27, 1911.)

APPEAL AND ERROR (§ 773*) — DISMISSAL — GROUNDS—BRIEFS—ASSIGNMENTS OF ERROR —FAILURE TO FILE.

Where no briefs or assignments of error were filed and no excuse offered for failure to file the same, and the cause was regularly set down and called for submission, motion to dismiss for such failure will be granted.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3108; Dec. Dig. § 773.*]

Appeal from Anderson County Court; O. C. Funderburk, Judge.

Action by W. F. Denson and others against J. D. Taylor. Judgment for defendant, and plaintiffs appeal. Dismissed.

See, also, 132 S. W. 811.

PLEASANTS, C. J. This suit was brought by appellants to enjoin the execution of a judgment against them in favor of appellee, rendered in the county court of Anderson county. Upon motion of defendant the court below dismissed plaintiffs' suit.

There are no assignments of error in the record, and no briefs have been filed by appellants. Appellee on May 27, 1911, filed a motion to dismiss the appeal on this ground, which motion was taken with the case. The cause having been regularly set and called for submission, and no briefs having been filed by appellants, and no excuse offered for failure to file same, the motion to dismiss should be granted, and it has been so ordered.

Dismissed.